UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GARY WOODROFFE,

    Plaintiff,

v.                                               Case No.: 2:14-cv-148-FtM-38DNF

STATE OF FLORIDA, LIZABETH LYNN
LOTSEY, LEE HAWORTH, DEBORAH
JOHNES RIVA, MALINDA PARKER
OTTINGER, NORMAN LEVIN, and ANN
L. VECCHIO,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier (Doc. #11) filed on April 25, 2014. Magistrate Judge Frazier recommends dismissing this case in its entirety. Plaintiff Gary Woodroffe filed objections to the Report and Recommendation. Defendants did not file a response to Plaintiff's objections, and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

report and recommendation. See 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir.1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. See 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (Table).

Upon due consideration of the Report and Recommendation and an independent examination of the file, the Court accepts the findings and recommendations in the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation of United States Magistrate Judge Douglas N. Frazier (Doc. #11) is **ADOPTED** and the findings incorporated herein.

2. Plaintiff Gary Woodroffe's Affidavit of Indigency (Doc. #3) is **DENIED**.

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. #4) is **DENIED**.

4. Plaintiff's Verified Request for Leave to Amend Notice of Removal to Emergency Status (Doc. #5) is **DENIED**.

5. Plaintiff's Motion for Extension of Time (Doc. #9) is **DENIED as moot**.

6. The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of May, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record